14-91-672-CR

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

JAN - 8 2015

CHRISTOPHER A. PRINE
CLERK

MAILED
1/7/15

January 7, 2015

Fourteenth Court of Appeals
301 Fannin St., Room 245
Houston, Texas 77002

Cause No. 21706

Dear Clerk,
I need a copy of the Brief From my "91 direct appeal" in the above Cause number.

Do u have the access, and how much would it cost? Please let me know.

Thanking u in advance!

Malvin Shaw
I. D. # 605459
Stringfellow Unit
1200 F M 655
Rosharon, Tx 77583